**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NORTH CAROLINA**

**OFFICIAL TRIAL EXHIBIT AND WITNESS LIST (CRIMINAL CASE)**

**Case Name:  USA v. PATRICK FEDAK**

**Case Number: 4:20-CR-115-1FL**

| | |
|---|---|
| Presiding Judge: | Louise W. Flanagan |
| Government's Attorney(s): | Barbara Kocher |
| Defendant's Attorney(s): | Lauren Brennan |
| Court Reporter: | Tracy McGurk |
| Courtroom Deputy: | Marsha Castania |
| Trial Dates: | Sentencing 1/20/2023 |

| Gov. No. | Deft. No. | Date Offered | Witness | Description | Object (allowed or denied) | Admitted (yes or no) | Returned to Agent |
|---|---|---|---|---|---|---|---|
| | | 1/20/23 | Peter Salomon | | | | |
| 1 | | | | Letter | | Yes | |
| 2 | | | | Records from California DMV | | Yes | |
| 3-10 | | | | One DVD with video exhibits 3-10 | | Yes | |
| 11 | | | | Chart | | Yes | |
| | 1 | | | Polygraph report of defendant | | Yes | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |