UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EATERN DIVISION

NO. 4:20-CR-115-FL1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK J. FEDAK | NOTICE OF APPEAL |

Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY GIVEN that the Defendant, Patrick J. Fedak, hereby appeals to the Fourth Circuit Court of Appeals from the judgment entered in this court in the above-captioned case. As judgment was entered by the Honorable Judge Louise W. Flanagan on February 7, 2023, this notice is therefore filed within the time specification established in Rule 4(b).

Respectfully requested, this 8th day of February, 2023.

/s/ *Lauren H. Brennan*
LAUREN H. BRENNAN
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Lauren_Brennan@fd.org
N.C. State Bar No. 36648
LR 57.1 Counsel
Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

BARBARA D. KOCHER
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on February 8, 2023, using the CM/ECF system which will send notification of such filing to the above.

This the 8th day of February, 2023.

/s/ Lauren H. Brennan
LAUREN H. BRENNAN
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Lauren_Brennan@fd.org
N.C. State Bar No. 36648
LR 57.1 Counsel
Appointed