UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PATRICK J. FEDAK, Defendant. | ) | DOCKET NO. 4:20-CR-00115-FL-1 |

**TRANSCRIPT OF MOTION FOR DETENTION AND RELEASE BEFORE MAGISTRATE JUDGE ROBERT B. JONES, JR. FRIDAY, FEBRUARY 25, 2022; 10:29 AM WILMINGTON, NORTH CAROLINA**

**FOR THE PLAINTIFF:**
United States Attorney's Office - EDNC
By: Jay Redd, Esq.
150 Fayetteville St., Suite 2100
Raleigh, NC 27601

**FOR THE DEFENDANT:**
Greene Crow & Smith
By: Guy D. Smith, Esq.
401 Middle Street
New Bern, NC 28563

Federal Public Defender's Office
By: David E. Wicclair, Esq.
150 Fayetteville St., Suite 450
Raleigh, NC 27601

Audio Operator: CLERK'S PERSONNEL OFFICE

eScribers, LLC
7227 N. 16th Street
Suite 207
Phoenix, AZ 85020
800-257-0885
www.escribers.net

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

eScribers www.escribers.net | 800-257-0885

# I N D E X

| RULINGS: | PAGE | LINE |
|---|---|---|
| Court grants motion for withdrawal of counsel and appoints temporary counsel | 5 | 10 |

eScribers
www.escribers.net | 800-257-0885

P R O C E E D I N G S

THE CLERK: All rise. This Honorable Court is now back in session.

Be seated and come to order, please.

THE COURT: All right. We're here in the case of United States of America v. Patrick Fedak, case 4:20-CR-115. The Government has filed a motion seeking action on the pre-trial release conditions in this case.

Is this motion still sealed?

MR. REDD: No, Your Honor.

MR. SMITH: Yeah.

MR. REDD: Or not to my knowledge. If it is still sealed, the --

THE COURT: Can you tell if it's sealed?

THE CLERK: It's not. I'll unseal it.

THE COURT: Yeah, okay. It's unsealed.

All right. So Mr. Fedak, the Government has filed a motion in your case asking the Court to take action with respect to your release conditions. The rules -- the law provides -- 18 U.S. Code Section 3148 provides that a person who has been released and who has violated a condition of their release is subject to a revocation of that release, an order of detention, and perhaps a prosecution for contempt of court.

You have been apprehended because the Government has


eScribers
www.escribers.net | 800-257-0885

filed this motion alleging that you have violated conditions of release in the following ways --

Mr. Smith, do you have a copy of the motion there?

MR. SMITH: Your Honor, I do, and this is -- I would actually ask, before we proceed any further, because of the sensitive nature of this and pretty nuanced situation, I'd ask if it's okay with Your Honor to be able to approach or have a brief get-together in chambers.

THE COURT: Okay. I don't know anything about this case. I don't even have a memory of Mr. Fedak. Apparently, I conducted his arraignment back in October, but I've not -- otherwise, it doesn't appear that I've had any involvement in the case. I've read the petition, and that's all I've read other than the complaint in the other case.

All right. We'll take a ten-minute recess.

MR. SMITH: Thank you, Judge.

THE CLERK: All rise. This Court now stands in recess for ten minutes.

(Recess from 10:22 a.m., until 10:35 a.m.)

THE CLERK: (Indiscernible).

THE COURT: All right. Mr. Smith, you want to be heard?

MR. SMITH: I would, Your Honor. In light of the criminal complaint and allegations made in this case, this is my motion to withdraw from Mr. Fedak's underlying case.

escribers
www.escribers.net | 800-257-0885

THE COURT: And you're just representing him in the 4:20-CR-115 case, correct?

MR. SMITH: That's exactly right. So let me restate, Judge. In light of the allegations in the criminal complaint in 4:22-CR-1038-KS, I believe that there are grounds for me to withdraw.

THE COURT: Okay. Does the Government want to be heard?

MR. REDD: No opposition, Your Honor.

THE COURT: All right. I'm going to allow that motion. Mr. Smith is withdrawn. I'm appointing, at least for purposes of today, Mr. Wicclair in the -- I'll just refer to the number -- 4:20-CR-115 case. Mr. Wicclair of the public defender's office has already been appointed in the 4:22-1038 case.

So Mr. Smith, you're withdrawn.

Mr. Wicclair, you're appointed as Mr. Fedak's attorney.

All right. Thank you, Mr. Smith.

MR. SMITH: Thank you, Judge.

THE COURT: All right. So the purposes of this hearing, really simply is just for me, Mr. Fedak, to inform you of the motion that's been filed in this case, make sure that you understand it and what proceedings you're entitled to.

escribers
www.escribers.net | 800-257-0885

So in that motion, the Government has alleged that on February 15 of 2022, that a criminal complaint and arrest warrant was approved by Judge Swank charging obstructing of justice. It is alleged that you committed the offense on or about February the 9th of 2022. And then on February 16 of 2022, you were arrested in the Middle District of North Carolina and detained. The Government has filed that motion asking the Court to take action with respect to your release conditions.

You are entitled, Mr. Fedak, to a hearing to determine whether there is probable cause to believe that you have committed a federal, state, or local crime while on release, or if there is clear and convincing evidence that you have violated any other condition of release, and if there is no condition or combination of conditions of release that will assure the Court that you will not flee or pose a danger to the community, or if you are unlikely to abide by conditions or a combination of conditions of release.

You have the following rights in connection with this hearing. You have the right to be represented by an attorney or to ask the Court to appoint you one if you are unable to afford one. And I've done that for you this morning. You may call witnesses to appear at the hearing and subpoena witnesses to do so. You have the right to cross-examine the Government's witnesses. That is, to ask witnesses questions.

eScribers
www.escribers.net | 800-257-0885

And you may testify yourself, if you wish, but you have the right to keep silent. If you do speak, whatever you say may be used against you. But if you choose not to speak, that exercise of your right to keep silent may not be used against you.

Now, Mr. Fedak, sir, up to this point have you heard and understood everything I've said to you this morning?

THE DEFENDANT: Yes, Your Honor.

THE COURT: Okay. Mr. Wicclair, how would you like to proceed? And we can talk about this case or the criminal complaint case.

MR. WICCLAIR: Your Honor, if I could just have one moment to speak with Mr. Fedak --

THE COURT: Okay.

MR. WICCLAIR: -- just about scheduling? I believe they should probably happen on the same date --

THE COURT: Okay.

MR. WICCLAIR: -- just for sake of efficiency.

THE COURT: Okay. And to the extent that it enters into sort of what your thoughts are, so far as it relates to me and my schedule, I'm going to be out of town all next week.

MR. WICCLAIR: Okay. Thank you.

(Counsel confers with defendant)

MR. WICCLAIR: Judge Jones?

THE COURT: Sir?

eScribers
www.escribers.net | 800-257-0885

MR. WICCLAIR: We would ask that respectfully that you set this matter for -- not this coming Monday, but the following Monday back in Wilmington before Your Honor.

THE COURT: That's the 7th?

MR. WICCLAIR: I don't have a calendar in front of me.

MR. REDD: It is, Your Honor.

THE COURT: Any objection to that?

MR. REDD: Ms. Kocher, who I'm covering this hearing for, says she's not available the 7th. Could we do the 8th, possibly?

THE CLERK: You're in New Bern on the 8th and 9th. You'll be back here on the 10th.

THE COURT: So what is -- can you tell what our 8th and 9th look like if you've got it?

THE CLERK: You have five in the morning, five in the afternoon Tuesday, and six in that morning on the 9th and five in the afternoon. Right, so pretty busy day.

THE COURT: 10th?

MR. REDD: Please, Your Honor.

THE COURT: 10 o'clock?

MR. WICCLAIR: If I may confer?

THE COURT: That's a Thursday.

(Counsel confer)

THE CLERK: 10:30, it looks like your office is

eScribers
www.escribers.net | 800-257-0885

scheduled to a 10:30 to 11:30.

THE COURT: On what day?

THE CLERK: On the 10th.

THE COURT: Okay. What time did you say? 9:30 (indiscernible)?

THE CLERK: We might want to start at 9.

THE COURT: What time is (indiscernible) going to be?

THE CLERK: 10:30.

THE COURT: To 11:30?

THE CLERK: Yes, sir. Oh, well, it has -- 10:30 is 12:30 is what it's supposed to --

THE COURT: Okay.

THE CLERK: I'm sorry. I have a hard time reading the calendar.

THE COURT: All right.

(Counsel confer)

MR. WICCLAIR: We will take the Thursday. I guess that's the 10th, court date?

UNIDENTIFIED SPEAKER: Thank you for that.

MR. WICCLAIR: Yes, sir.

THE COURT: How about 9:30?

MR. WICCLAIR: Yes, sir. That sounds good. Thank you.

THE COURT: All right. 9:30 on 3/10. The time would be (indiscernible) for purposes of (indiscernible)

escribers
www.escribers.net | 800-257-0885

calculation. All right. Thank you very much.

MR. REDD: Thank you, Judge.

MR. WICCLAIR: Thank you, Your Honor.

(Counsel confer with defendant)

THE CLERK: I'll have these forms for you (indiscernible).

THE CLERK: All rise. The Court now stands adjourned.

(Court is adjourned)

* * * * *

escribers
www.escribers.net | 800-257-0885

CERTIFICATE OF TRANSCRIBER

I, Carol Folk, court-approved transcriber, in and for the United States District Court for the Eastern District of North Carolina, do hereby certify that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript from the official electronic sound recording of the proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 5th day of March, 2023.

Carol Folk

CAROL FOLK

COURT-APPROVED TRANSCRIBER

escribers
www.escribers.net | 800-257-0885