⇔21248-509⇔
Patrick Fedak
21248509 Federal CAMP
PO BOX 725
Edgefield, SC 29824
United States

AUGUSTA GA 309
22 DEC 2023 PM 1 T



X-RAYED

⇔21248-509⇔
Courthouse Us Post Office
413 Middle ST
Room 207
NEW BERN, NC 28560
United States

**RECEIVED**

DEC 27 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

